UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL M. NGOBENI

V.  CA NO:   04-30167-MAP

CHRISTOPHER M. BROWN

ORDER

APRIL 8, 2005

The above captioned case was filed with this Court on August 30, 2004. On January 11, 2005, a Motion for Extension of time for 45 days to effect service of process was granted by this Court. To date, no return of service has been filed, nor any further action taken. Therefore, counsel for plaintiff is hereby ordered to file a status report on or before April 25, 2005 as to his intent to proceed with the above captioned case. Failure to do so shall result in the dismissal of the complaint for lack of prosecution..

MICHAEL A. PONSOR
U.S. DISTRICT JUDGE

 /s/Elizabeth A. French
Elizabeth A. French
Deputy Clerk