# United States District Court
## District of Massachusetts

| | |
|---|---|
| PAUL M. NGOBENI,<br>        PLAINTIFF,<br><br>v.<br><br>CHRISTOPHER M. BROWN, OFFICER TETREAULT, PAULA C. MEARA, MARCUS LAWRENCE M. DUMAS, HAMILTON WRAY, THOMAS HERVIEUX, KENNETH MURRAY,<br>        DEFENDANTS. | CIVIL ACTION NO.<br>3:04-CV-30167-MAP |

---

### APPEARANCE ON BEHALF OF DEFENDANTS
### OFFICER TETREAULT,
### PAULA C. MEARA, MARCUS LAWRENCE M. DUMAS, HAMILTON WRAY, THOMAS HERVIEUX, KENNETH MURRAY

---

To The Clerk Of This court and all parties of record:

Please enter my appearance as counsel in this case for the Defendants **OFFICER TETREAULT, PAULA C. MEARA, MARCUS LAWRENCE M. DUMAS, HAMILTON WRAY, THOMAS HERVIEUX, KENNETH MURRAY**.

                                              Respectfully submitted,

                                              Defendants
                                              By Their Attorney

                                              _____
                                              Edward M. Pikula
                                              Associate City Solicitor
                                              BBO #399770
                                              CITY OF SPRINGFIELD LAW DEPATMENT
                                              36 Court Street
                                              Springfield, Massachusetts 01103
                                              Telephone:      (413) 787-6085
                                              Telefax:           (413) 787-6173

46853

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the within Document was this day served upon Plaintiff by mailing same, first class postage prepaid, to:

PAUL M. NGOBENI
Federal Bar No. Ct 08187
914 Main Street, Suite 206
East Hartford, CT 06108
(860) 288-3155

SIGNED under the pains and penalties of perjury.
Dated: April 15, 2005

Edward M. Pikula, Esquire
Attorney for Defendants

46853