UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL M. NGOBENI,<br>    Plaintiff<br><br>vs.<br><br>CHRISTOPHER . BROWN, et al<br>    Defendants | )<br>)<br>)<br>)<br>)    C.A. NO.: 04-30167-MAP<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

Please enter my appearance on behalf of Defendant, Kenneth Murray, in the above-entitled matter.

THE DEFENDANT
By his attorney

_/s/ Austin M. Joyce_
Austin M. Joyce
REARDON, JOYCE & AKERSON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO#: 255040

### CERTIFICATE OF SERVICE

I, Austin M. Joyce, hereby certify that a copy of the foregoing Appearance was mailed on this 19th day of April, 2005 via first class mail postage prepaid to all counsel of record as follows:

Paul M. Ngobeni
914 Main Street, Suite 206
East Hartford, CT 06108

Edward M. Pikula, Esq.
City of Springfield Law Department
36 Court Street
Springfield, MA 01103

By: _/s/ Austin M. Joyce_
Austin M. Joyce