UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL M. NGOBENI, <br> Plaintiff <br><br> vs. <br><br> CHRISTOPHER . BROWN, et al <br> Defendants | )<br>)<br>)<br>)<br>)    C.A. NO.: 04-30167-MAP<br>)<br>)<br>)<br>) |

NOTICE OF APPEARANCE

     Please enter my appearance on behalf of Defendant, Kenneth Murray, in the above-entitled matter.

THE DEFENDANT<br>
By his attorney<br><br>
/s/ Michael J. Akerson<br>
Michael J. Akerson, Esq. AmJ<br>
REARDON, JOYCE & AKERSON, P.C.<br>
397 Grove Street<br>
Worcester, MA 01605<br>
(508) 754-7285<br>
BBO# 558565

CERTIFICATE OF SERVICE

     I, Austin M. Joyce, hereby certify that a copy of the foregoing Appearance was mailed on this 19th day of April, 2005 via first class mail postage prepaid to all counsel of record as follows:

Paul M. Ngobeni<br>
914 Main Street, Suite 206<br>
East Hartford, CT 06108

Edward M. Pikula, Esq.<br>
City of Springfield Law Department<br>
36 Court Street<br>
Springfield, MA 01103

By: /s/ Austin M. Joyce<br>
Austin M. Joyce