UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL M. NGOBENI,
    Plaintiff

vs.

CHRISTOPHER . BROWN, et al
    Defendants

C.A. NO.: 04-30167-MAP

## CERTIFICATION OF DEFENDANT KENNETH MURRAY

The undersigned party and his counsel hereby affirm that they conferred:

(a)    with a view to establishing a budget for the costs of conducting full course - - and various alternative courses -- of the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Kenneth Murray

_____
Austin M. Joyce, Esq.
REARDON, JOYCE & AKERSON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO#: 558565