# United States District Court
# District of Massachusetts

| | |
|---|---|
| PAUL M. NGOBENI,<br>      Plaintiff, | |
| v. | CIVIL ACTION NO.<br>3:04-CV-30167-MAP |
| CHRISTOPHER M. BROWN, OFFICER TETREAULT, PAULA C. MEARA, MARCUS LAWRENCE M. DUMAS, HAMILTON WRAY, THOMAS HERVIEUX, KENNETH MURRAY,<br>      Defendants. | |

## JOINT STATEMENT PURSUANT TO L.R. 16.1

Now comes the defendants and state that they have attempted to confer by telephone with the plaintiff, but the phone number for the plaintiff listed in the docket has been disconnected or is incorrect. Further, counsel for defendants has not received any communication from plaintiff since filing answers.

Defendants certify that they have conferred amongst themselves as required by Local Rule 16.1 with a view of establishing a budget for the costs of conducting the full course, and various alternative courses, of litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

In addition, the defendants agree to an order for discovery and a proposed schedule for the filing of motions and pretrial scheduling as follows:

1.    All automatic discovery will be exchanged by June 27, 2005;

2.    All written discovery requests will be served July 27, 2005;

3.    All non-expert depositions within January 27, 2006;

47650

4. Counsel will appear again before this court for a status conference thereafter.

5. In the event that the plaintiff fails to appear at the scheduling conference, defendants request that the case be dismissed due to the plaintiff's failure to comply with Local Rule 16.1.

> Respectfully submitted,
>
> Defendants
> **OFFICER TETRAULT,
> PAULA C. MEARA, MARCUS
> LAWRENCE M. DUMAS, HAMILTON
> WRAY, THOMAS HERVIEUX,
> KENNETH MURRAY**
> By Their Attorneys
>
> _____
> Edward M. Pikula
> Associate City Solicitor
> BBO #399770
> CITY OF SPRINGFIELD LAW DEPATMENT
> 36 Court Street
> Springfield, Massachusetts 01103
> Telephone:    (413) 787-6085
> Telefax:      (413) 787-6173
>
> _____
> Austin M. Joyce
> Reardon, Joyce & Akerson, P.C.
> 397 Grove Street
> Worcester, MA 01605

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the within Document was this day served upon Plaintiff by mailing same, first class postage prepaid, to:
PAUL M. NGOBENI
Federal Bar No. Ct 08187
914 Main Street, Suite 206
East Hartford, CT 06108
(860) 288-3155
SIGNED under the pains and penalties of perjury.
Dated: June 1, 2005

_____
Edward M. Pikula, Esquire
Attorney for Defendants

47650