AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_1st Circuit_                           DISTRICT OF        _Massachusetts_

**APPEARANCE**

Case Number: 3:04-cv-30167-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Christopher M. Brown
Officer Roger A. Tetreault

Date: 6·1·05

Signature: _Sheila E. McCravy_

Print Name: Sheila E. McCravy

Address: 160 Gould St., Suite 111

City: Needham   State: MA   Zip Code: 02494

Phone Number: (781) 455-0707