AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_Western_ DISTRICT OF _Massachusetts_

## APPEARANCE

Case Number: 3:04-CV-30167 MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _Officer Tetreault_

(p is)

_6/1/05_
Date

Signature

Print Name: _Edward M. Pikula_

Address: _36 Court St._

City: _Springfield_  State: _MA_  Zip Code: _01103_

Phone Number: _413-787-6085_