# United States District Court
# District of Massachusetts

FILED
IN CLERK'S OFFICE

2005 JUN -7 P 12: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

PAUL M. NGOBENI,

    PLAINTIFF,

v.

CHRISTOPHER M. BROWN, OFFICER TETREAULT, PAULA C. MEARA, MARCUS LAWRENCE M. DUMAS, HAMILTON WRAY, THOMAS HERVIEUX, KENNETH MURRAY,

    DEFENDANTS.

CIVIL ACTION NO.
3:04-CV-30167-MAP

## MOTION TO DISMISS

Now comes the defendants in the above-captioned case and move this honorable court to dismiss the complaint due to the plaintiff's failure to prosecute and failure to obey the pretrial scheduling order. In support, defendants rely on the pleadings in this case and the arguments contained herein.

The conduct of the plaintiff in this case is within the ambit of both Federal Rule of Civil Procedure 41(b) (dismissal for failure to prosecute or failure to follow court rules) and Federal Rule of Civil Procedure Rule 16(f) (Sanction of dismissal for failure to obey pretrial or scheduling order).

As noted in the docket entries plaintiff failed to appear in court for the pre-trial conference held on June 1, 2005 and, as noted by the defendants joint submission, plaintiff has not cooperated in preparing a scheduling order.

In addition, the plaintiff's phone number listed in the court's docket is not in service. An internet search for the plaintiff has revealed that he is a member of the Massachusetts Bar who is

47727

COPY

under an administrative suspension. The only address listed is East Hartford, Connecticut. The address listed on the State of Connecticut Judicial Branch is the same as that listed in the pleadings in this case. Copies of the results of the internet search are attached.

Under similar conditions, the First Circuit has upheld dismissal as no abuse of discretion. *Zavala Santiago v. Gonzalez Rivera*, 553 F.2d 710, 712-13 (1st Cir.1977). Based on the record establishing grounds for dismissal, without any excuse, defendants join in this motion.

WHEREFORE Defendants request this case be dismissed, with prejudice.

Dated: June 7, 2005

Respectfully submitted.

Defendants:
**CHRISTOPHER MURPHY, OFFICER TETRAULT, PAULA C. MEARA, MARCUS LAWRENCE M. DUMAS, HAMILTON WRAY, THOMAS HERVIEUX, KENNETH MURRAY**
By Their Attorneys

_____
Edward M. Pikula
Associate City Solicitor
BBO #399770
CITY OF SPRINGFIELD LAW DEPARTMENT
36 Court Street
Springfield, Massachusetts 01103
Telephone: (413) 787-6085
Telefax: (413) 787-6173

_____
Austin M. Joyce
Reardon, Joyce & Akerson, P.C.
397 Grove Street
Worcester, MA 01605
508-754-7285
Fax: 508-754-7220

_____
Sheila E. McCravy
Law Office of Timothy M. Burke
160 Gould Street
Suite 111
Needham, MA 02494
781-455-0707
Fax: 781-455-8879

> **CERTIFICATE OF SERVICE**
> The undersigned hereby certifies that a true copy of the within Document was this day served upon Plaintiff by mailing copy of same or hand delivery to:
> Paul M. Ngobeni
> 914 Main Street, Suite 206
> East Hartford, CT 06108
> PRO SE Plaintiff.
> SIGNED under the pains and penalties of perjury.
> Dated: 6/7/05
> Edward M. Pikula, Esquire

47727







Civil Inquiry Home  Prev Page  Site Help  Comments Page  Calendar Notice

| Juris No. | Juris Type | Name | Firm Name and Address |
|---|---|---|---|
| 401506 | A | PAUL MPANDE NGOBENI (Admitted: 12/08/1989) | SUITE 206<br>914 MAIN STREET<br>EAST HARTFORD, CT 06108 |

Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map

Copyright © 2005, State of Connecticut Judicial Branch

http://www.cslib.org/attygenl/mainlinks/tabindex3.htm

6/7/2005



## Massachusetts Board of Bar Overseers
## of the Supreme Judicial Court
99 High Street
Boston, Ma. 02110
## Attorney Status Report

### Paul Mpande Ngobeni

East Hartford CT 06108

Admitted to the bar on 1990-06-14
Current status is Administratively Suspended

Next Registration : June

Full office addresses for active status attorneys only.

Disciplinary History

1. **6/11/1998 RR:** Recip. Reprimand from other Juris.

Data as of 2005-06-07

**Click HERE to SEARCH AGAIN!**

**or HERE to return to the main page.**