UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


PAUL M. NGOBENI,
       Plaintiff(s)

v.     CIVIL ACTION: 04-30167-MAP

CHRISTOPHER M. BROWN, ET AL
       Defendant(s)


## JUDGMENT IN A CIVIL CASE

PONSOR, D..J.;

**Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered for the Defendants pursuant to the endorsed order of the Court entered on June 23, 2005, granting the Defendants' motion to dismiss the complaint.

                          SARAH A. THORNTON,
                          CLERK OF COURT

Dated: June 24, 2005     By  /s/ Mary Finn
                                        Deputy Clerk

(Judgment Civil.wpd - 11/98)     [jgm.]