# Law Offices of Paul M. Ngobeni
P.O. Box 380760
East Hartford, CT. 06138-0760

Also Admitted in MA, & NY

Telephone : 860.568.7517
Facsimile: 860-282.7479
email: ngobenilaw@hotmail.com

June 28, 2005

Clerk,
U.S. District Court for the District of Massachusetts
1550 Main Street
Springfield, MA 01103

      Re: Notice of Change of Address
          Paul M. Ngobeni, federal Bar No: ct 08187

Dear Sir or Madam:

Kindly take notice that effective immediately my office mailing address has changed as follows:

    **Law Offices of Paul M. Ngobeni**
    P.O. Box 380760
    East Hartford, CT. 06138-0760
    Telephone : 860.568.7517
    email: ngobenilaw@hotmail.com

    Thank you for making the changes in your records.

Respectfully Sumitted

*[signature]*
Paul M. Ngobeni